JTW:  05.05.23
CJF USAO 2023R000356

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** ELH - 23-196 |
| | * | |
| v. | * | |
| | * | **(Conspiracy to Distribute and Possess** |
| | * | **with the Intent to Distribute** |
| **ADRIAN SWEENEY,** | * | **Controlled Substances, 21 U.S.C.** |
| **TRAVIS TYSON,** | * | **§ 846; Distribution and Possession with** |
| **TYQUAN BRISCOE,** | * | **the Intent to Distribute Controlled** |
| **XAVIER ELLISON,** | * | **Substances, 21 U.S.C. § 841; Possession** |
| | * | **of a Firearm by a Prohibited Person,** |
| | * | **18 U.S.C. § 922(g); Possession of a** |
| **Defendants.** | * | **Firearm in Furtherance of a Drug** |
| | * | **Trafficking Offense, 18 U.S.C.** |
| | * | **§ 924(c); Aiding and Abetting, 18** |
| | * | **U.S.C. § 2; Forfeiture, 18 U.S.C. §** |
| | * | **924(d), 21 U.S.C. § 853, 28 U.S.C.** |
| | * | **§ 2461(c), Fed. R. Crim. P. 32.2.(a))** |

****

## INDICTMENT

## COUNT ONE

### (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland charges that:

Beginning on a date unknown to the Grand Jury but no later than September 1, 2020, and

continuing until on or about the date of this Indictment, in the District of Maryland, the

defendants,

ADRIAN SWEENEY,
TRAVIS TYSON,
TYQUAN BRISCOE,
XAVIER ELLISON,

1

did knowingly and intentionally combine, conspire, confederate, and agree with one another and

with others known and unknown to the Grand Jury to distribute and possess with intent to distribute

50 kilograms or more of marijuana a Schedule I controlled substance; in violation of Title 21 of

the United States Code Section 841.

21 U.S.C. § 846
18 U.S.C. § 2

## COUNT TWO

**(Distribution and Possession with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland further charges that:

On or about July 21, 2022, in the District of Maryland, the defendants,

**TYQUAN BRISCOE,**
**XAVIER ELLISON,**

did knowingly and intentionally distribute and possess with the intent to distribute a mixture or

substance containing a detectable amount of marijuana, a Schedule I controlled substance, in

violation of Title 21, United States Code, Section 841(a).

21 U.S.C. § 841
18 U.S.C. § 2

## COUNT THREE

**((Distribution and Possession with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland further charges that:

On or about August 23, 2022, in the District of Maryland, the defendant,

## XAVIER ELLISON,

did knowingly and intentionally distribute and possess with the intent to distribute a mixture or

substance containing a detectable amount of marijuana, a Schedule I controlled substance, in

violation of Title 21, United States Code, Section 841(a).

21 U.S.C. § 841
18 U.S.C § 2

## COUNT FOUR

**((Distribution and Possession with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland further charges that:

On or about September 22, 2022, in the District of Maryland, the defendant,

## ADRIAN SWEENEY,

did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a).

21 U.S.C. § 841
18 U.S.C. § 2

## COUNT FIVE

### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about September 22, 2022, in the District of Maryland, the defendant,

### ADRIAN SWEENEY,

did knowingly possess a firearm, to wit: a Glock, Model 48, 9mm pistol with serial number BVNB238, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances as charged in Count One of this Indictment, which is incorporated herein by reference.

18 U.S.C. § 924(c)

## COUNT SIX

### ((Distribution and Possession with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland further charges that:

On or about September 22, 2022, in the District of Maryland, the defendant,

### TRAVIS TYSON,

did knowingly and intentionally distribute and possess with the intent to distribute a mixture or

substance containing a detectable amount of marijuana, a Schedule I controlled substance, in

violation of Title 21, United States Code, Section 841(a).

21 U.S.C. § 841
18 U.S.C. § 2

## COUNT SEVEN

### (Felon in Possession)

The Grand Jury for the District of Maryland further charges that:

On or about September 27, 2022, in the District of Maryland, the defendant,

### TRAVIS TYSON,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, to wit: a Taurus, Model G2s, .40 S&W semi-automatic pistol with serial number SMT16118 loaded with six rounds of .40 S&W ammunition; and a Smith and Wesson, Model M&P 380 Shield EZ M2.0, .380 caliber semi-automatic pistol with serial number NCZ2305 loaded with eight rounds of .380 caliber ammunition; and the firearms and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

## COUNT EIGHT

### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about September 27, 2022, in the District of Maryland, the defendant,

### TRAVIS TYSON,

did knowingly possess firearms, to wit: a Taurus, Model G2s, .40 S&W semi-automatic pistol with serial number SMT16118; and a Smith and Wesson, Model M&P 380 Shield EZ M2.0, .380 caliber semi-automatic pistol with serial number NCZ2305, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances as charged in Count One of this Indictment, which is incorporated herein by reference.

18 U.S.C. § 924(c)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.      Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), in the event of a defendant's convictions under Counts One through Eight of this Indictment.

### Narcotics Forfeiture

2.      Pursuant to 21 U.S.C. § 853(a), upon conviction of an offense in violation of the Controlled Substances Act, as alleged in the in Count One, Two, Three and Five of this Indictment, incorporated here, the defendant shall forfeit to the United States of America:

      a.      any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s); and

      b.      any property used or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense(s).

### Firearms Forfeiture

3.      Pursuant to 18 U.S.C. § 924(d), upon conviction of an offense(s) alleged in Counts One and Three of this Indictment, incorporated here, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in those offenses,

### Property Subject to Forfeiture

4.      The property to be forfeited includes, but is not limited to, the following:

10

a. one Taurus, Model G2s, .40 S&W semi-automatic pistol with serial number SMT16118;

b. approximately six rounds of .40 S&W ammunition;

c. one Smith and Wesson, Model M&P 380 Shield EZ M2.0, .380 caliber semi-automatic pistol with serial number NCZ2305

d. approximately eight rounds of .380 caliber ammunition;

e. one Glock, Model 48, 9mm pistol with serial number BVNB238

## Substitute Assets

4.      Pursuant to 21 U.S.C. 853(p), if any of the property described above as being subject to forfeiture, as a result of any act or omission by the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third person;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been comingled with other property which cannot be subdivided

without difficulty, it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the property charged with forfeiture in the paragraphs above.

21 U.S.C. § 853
18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

Erek L. Barron
United States Attorney

11

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

5/31/2023
Date